# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHRISTOPHER JOHN SHORT | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**00-0170M** |

Complaint for violation of Title 18, United States Code § 2422(b)

| NAME OF MAGISTRATE JUDGE<br>CAROLYN TURCHIN | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>Between August 1999-November 1999 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Between August 1, 1999 and November 1999, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER JOHN SHORT, knowingly used a facility or means of interstate commerce, specifically the Internet, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
  (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>ENTERED ON ICMS<br>JAN 25 2000 | SIGNATURE OF COMPLAINANT<br><br>NAME OF AGENT   ANTHONY M. LUCIA |
|---|---|
| | OFFICIAL TITLE<br>Deputy Sheriff, Los Angeles County Sheriff's Department |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>CAROLYN TURCHIN   *Carolyn Turchin* | DATE<br>January 24, 2000 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
TM:sa    REC: Detention

## AFFIDAVIT OF ANTHONY M. LUCIA

I, Anthony M. Lucia, being duly sworn, do hereby depose and say:

1. I am a Deputy Sheriff with the Los Angeles County Sheriff's Department, and have been so employed as a Peace Officer for fifteen years. I am currently assigned to a multi-agency child exploitation task force known as the Southern California Regional Sexual Assault Felony Enforcement Team (SAFE Team). I have completed a 40-hour California Peace Officer Training for child abuse investigators and have attended numerous other training classes, seminars and symposiums related to the investigation of sexual and physical abuse of minors. I have investigated approximately 350 to 400 cases involving the sexual abuse and exploitation of minors. I have interviewed approximately 300 minor victims and 300 to 350 perpetrators involved in these crimes. My responsibilities include the enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2421 et seq.

2. This affidavit is made in support of a complaint charging CHRISTOPHER JOHN SHORT with violating Title 18, United States Code, sections 2422(b). Section 2422(b) provides that "Whoever using the mail or any facility or means of interstate or foreign commerce . . . knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with

a criminal offense, or attempts to do so . . . [shall be guilty of an offense]."

## I. BACKGROUND REGARDING CHILD PORNOGRAPHY AND COMPUTERS

3. The following terms have the indicated meaning in this affidavit:

   a. The terms "minor," "sexually explicit conduct," "visual depiction," and "producing," as used herein, are defined as set forth in 18 U.S.C. Section 2256.

   b. The term "computer" as used herein is defined as set forth in 18 U.S.C., Section 1030(e)(1).

## II. THE WORLDWIDE INTERNET COMPUTER COMMUNICATION NETWORK

4. I have received extensive training in the investigation of computer-related child exploitation crimes. I have personal knowledge in the operation of a computer. Based on this training and knowledge, I know the following:

   a. The Internet is a worldwide computer network which connects computers and allows communications and the transfer of data and information across state and national boundaries.

   b. Individuals who use the Internet can communicate with each other by using electronic mail, also known and referred to herein as "e-mail." E-mail is an electronic form of communication which can contain letter-type correspondence and graphic images. E-mail is similar to conventional paper-type mail in that it is addressed from one individual to another.

2

c. An e-mail message usually contains a header which gives the screen name, the identity of the Internet access provider, and the return address on the Internet of the individual who originated the message or graphic.

d. A user accesses the Internet from a computer network or Internet Service Provider (ISP) that connects to the Internet. The ISP assigns each user an Internet Protocol (IP) number. Each IP number is unique.

e. I See You (ICQ) allows users to communicate and transfer files. Communications can occur privately between two users or among a group.

   i. Group communication is commonly referred to as a "channel" or "chat room." Users can individually create, control, and enter a "channel." If a "channel" is set on "private" or "invite only," a user must be allowed entry. The name of a "channel" generally stems from the topic discussed therein.

   ii. Private communication between two users is commonly referred to as "private messaging" or "direct client-to-client" (DCC). DCC allows users to exchange computer graphic image files.

f. A user accesses ICQ by having his or her computer system dial his or her ISP, receiving an IP number, then connecting to an ICQ Server. Generally, the most efficient ICQ Server for a user is the Server with the

    quickest data transfer response time, which normally is the Server located closest to the user. If that Server will not permit the connection, often because it already has the maximum number of users, the user must try to connect to another ICQ Server.

g. ICQ Servers are located throughout the world. The connection to the ICQ Server applies only in ICQ, not the other features of the Internet.

h. The Server that the user connects to is connected with other Servers throughout the world. This group of Servers follows a specific protocol so that they can communicate among one another. The groups of servers could be anywhere from one server to a hundred communicating in a network.

i. An ICQ user is specifically identified by the nickname that he or she entered in connecting to an ICQ Server. A user can change his or her nickname at any time and use a nickname that someone else previously might have used.

### III. INVESTIGATION

5. On January 12, 2000, at approximately 4:00 p.m., while acting in my official capacity as a sworn state and federal agent, I spoke with the mother of the victim child. The mother told me the following:

a. Her daughter was born December 19, 1985 and is now fourteen years old.

4

    b.    She believed that the victim child was in communication with a twenty-year old male, later identified as CHRISTOPHER JOHN SHORT over the Internet.

    c.    She had discovered three pictures on her computer which is also used by the victim child. The pictures were of: (1) SHORT with his dorm room in the background; (2) SHORT with his hand around his bare penis; and (3) the victim child with her breasts exposed.

6.    On January 13, 2000, I interviewed the victim child who told me the following:

    a.    She has chatted on the Internet using her home computer (which is located in Altadena, California). She has chatted with SHORT at his dorm room at Georgia Tech University (which is located in Atlanta, Georgia.) The victim child and SHORT began communicating sometime in late July or early August of 1999.

    b.    SHORT told her that he shares a dorm room and that he was chatting with her from his dorm room from the university. He told her that he only chats to her on his computer at school.

    c.    SHORT sent her a picture of his face, with his dorm room in the background and a picture of him holding his bare penis.

    d.    She and SHORT use ICQ (I see You) and Mplayer chat software.

    e.    There were approximately five times in which she

        engaged in "Phone Sex" with SHORT (referring to sexual talk over the telephone.) During these conversations SHORT would direct her to rub her "pussy", referring to her vagina. She would do what SHORT told her and he would tell her he was rubbing his "dick", referring to masturbation. This occurred between the months of August and December of 1999.

    f. In August or September, 1999, SHORT flew to Los Angeles and met the victim child, they stayed at Los Angeles International Airport and did not have any sexual contact.

    g. In late November of 1999, when she was still 13 years old, SHORT flew out to Los Angeles and, again, met him at the Los Angeles International Airport. They went to her friend's house in Venice, California where they spent the weekend together.

    h. While they were at her friend's house, she "went down" on SHORT (referring to orally copulating his penis) until he ejaculated into her mouth. He also rubbed her breasts over her clothing. They did not have any other sexual contact. SHORT flew back to Georgia that Sunday.

7. I showed the victim child the pictures that her mother had recovered from her home computer and the victim child identified two of the pictures as the pictures that SHORT had sent to her over the Internet and one as a picture of

6

her with her breasts exposed. She told me that after she sent the picture of herself to SHORT, she communicated with SHORT and confirmed that he had received the picture that she sent to him.

8. I contacted SHORT by telephone and he volunteered to fly to Los Angeles to be interviewed. On January 17, 2000, SHORT flew to Los Angeles to meet with me. After being advised that he was not under arrest and could terminate the interview at any time, he agreed to be interviewed at the Los Angeles Police Department Substation at the Los Angeles International Airport.

9. During the course of the interview, SHORT told me the following:

   a. He is a part-time Delta Airlines employee and is able to travel for free or at minimal cost.

   b. He attends Georgia Tech University and he met "Nicky", referring to the victim child, in a "teen" chat room on the Internet, using a software program named "Mplayer". He met the victim child in August 1999.

   c. He chatted on the Internet with the victim child through a "direct connection" through the school.

   d. He flew to Los Angeles and met the victim child at the Los Angeles International Airport. They did not leave the airport on this occasion.

   e. After their first meeting in Los Angeles, he and the victim child began talking over the telephone. In some

7

       telephone conversations, on more than five occasions, they engaged in "phone sex" that he admitted included each of them masturbating and describing the acts that they were undertaking.

f.   He flew to Los Angeles and met the victim child. He stayed at "Jeff's" (a friend of the victim child) house with the victim child for several days.

g.   While he and the victim child were at her friend's house, the victim child "went down on him", describing her actions as putting her mouth over his penis for approximately ten minutes. SHORT admitted that he ejaculated during the oral copulation.

h.   He knew the victim child was 13 years old and at the time that he engaged in sexual contact with her, he knew that it was "wrong" for him to see her.

i.   He had flown out to see the victim child on two occasions, the first time they met and talked at the Los Angeles International Airport and then he flew back home. The second meeting, occurred in late November of 1999 at the Los Angeles International Airport.

10. I showed SHORT two of the pictures that the victim child's mother had recovered from her home computer, SHORT identified himself as the male in both pictures. SHORT admitted that he had sent the pictures to the victim child over the Internet.

11. SHORT also admitted that he received a picture, over the

8

Internet, of the victim child with her breasts exposed.

12. Based on the foregoing, there is probable cause to believe that CHRISTOPHER JOHN SHORT has(1) violated Title 18, United States Code, Section 2422(b) by attempting to persuade, induce and entice an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

_____
ANTHONY M. LUCIA, Detective
Los Angeles County Sheriff's Dept.
  as member of the Federal Bureau of Investigation
  Southern California Regional Sexual Assault Felony
  Enforcement Team (SAFE Team)

Subscribed and sworn to before me,
this  24   day of JANUARY 2000

_____
HONORABLE CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE